UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAYS LEONARD

VERSUS

SENTRY SELECT INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 15-675-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 11, 2016 (doc. no. 20) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Plaintiff's Motion for Remand (doc. no. 8) is DENIED.

Baton Rouge, Louisiana, this  5th day of April, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA