UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAYS LEONARD

VERSUS                                                                  CIVIL ACTION NO.   3:15-cv-675

SENTRY SELECT INSURANCE
COMPANY, TRITEX FREIGHTERS,
LLC, AND KOFFIKOUMA AMEDEYA                         JURY DEMAND

## ORDER OF DISMISSAL

Considering the Joint Motion for Dismissal With Prejudice, it is:

**ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff, **HAYS LEONARD**, against Defendants, **SENTRY SELECT INSURANCE COMPANY, TRITEX FREIGHTERS LLC AND KOFFIKOUMA AMEDEYA**, are hereby dismissed with prejudice, with each party to pay their own costs of court.

**SO ORDERED** this 23rd day of June, 2016, at Baton Rouge, Louisiana.

_____
U.S. DISTRICT JUDGE JAMES BRADY
U.S. DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA

Jury